THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| Vertical Real Estate, Inc., | § | |
| | § | |
| Plaintiff, | § | **STIPULATION TO EXTEND TIME WHICH DEFENDANTS HAVE TO ANSWER PLAINTIFF'S COMPLAINT OR OTHERWISE PLEAD AND ORDER** |
| | § | |
| v. | § | |
| | § | |
| AirBand Communications, Inc., a Delaware Corporation, AirBand Communications Holdings, Inc., a Delaware Corporation, and AirBand Communications Equipment, LLP, | § | |
| | § | |
| Defendants. | § | Case No. 01-CV-804 DWF/AJB |

Plaintiff Vertical Real Estate, Inc. and Defendants AirBand Communications, Inc., AirBand Communications Holdings, Inc., and AirBand Communications Equipment, LLP, through their respective counsel, HEREBY STIPULATE AND AGREE that the date by which Defendants must answer or otherwise respond or move to Plaintiff's Complaint shall be extended to July 9, 2001.

JUN 13 2001
FILED____________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

BEST & FLANAGAN, L.L.P.

By: ______________________________
Robert L. Meller, Jr. (71912)
Robert D. Maher (220863)
Cynthia L. Hegarty (294627)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 339-7121

ATTORNEYS FOR PLAINTIFF

DATED: June 12, 2001

RIDER, BENNETT, EGAN & ARUNDEL, L.L.P.

By: ______________________________
John J. Wackman (251884)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7944

Of Counsel:
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
Randall R. Kucera
Texas State Bar No. 11749300
M. Scott Barnard
Texas State Bar No. 24001690
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
214-969-2800
214-969-4343 (telecopy)

ATTORNEYS FOR DEFENDANTS

DATED: June 11, 2001

**ORDER**

Pursuant to the foregoing Stipulation, the date by which Defendants must answer or otherwise respond to Plaintiff's Complaint is hereby extended to July 9, 2001.

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge

DATED: 6/13, 2001