**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

VERTICAL REAL ESTATE, INC.,

Plaintiff,

v.

AIRBAND COMMUNICATIONS, INC., AIRBAND COMMUNICATIONS HOLDINGS, INC. and AIRBAND COMMUNICATIONS EQUIPMENT, LLP,

Defendants.

Civil No. 01-804 (DWF/AJB)

**ORDER OF REFERENCE**

---

Robert Meller, Jr., Esq., Robert Maher, Esq. and Cynthia Hegarty, Esq., Best & Flanagan, 4000 First Bank Place, 601 2nd Avenue South, Minneapolis, MN 55402, counsel for Plaintiff.

John Wackman, Esq., Rider Bennett Egan & Arundel, 2000 Metro Center, 333 South 7th Street, Minneapolis, MN 55402, counsel for Defendants.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or in the alternative to Transfer Venue is referred to Magistrate Judge Arthur J. Boylan.

At this time the Court's file only contains the Letter of Service required ~~by Local Rules.~~

Dated: July 10, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed JUL 10 2001
Richard D. Sletten, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________