138470

RECEIVED
BY MAIL
OCT 03 2001
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-804 DWF/AJB Case Title: Vertical Real Estate, Inc. v. airBand Communications, Inc., et al.

**Affidavit of Movant**

I, Rachna B. Sullivan, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice M. Scott Barnard, an attorney admitted to practice in the Northern District of Texas, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff(X)defendants airBand* in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 272565 MN Attorney License # | 10/2/01 Date

**Affidavit of Proposed Admittee**

I, M. Scott Barnard, am currently a member in good standing of the U.S. District Court for the Northern District of Texas, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

M. Scott Barnard Type/Print Name | [signature] Signature | 09-24-01 Date

Attorney License Number: Texas Bar #24001690

Law Firm Name & Address: Akin, Gump, Strauss, Hauer & Feld, L.L.P.
1700 Pacific Ave., Suite 4100
Dallas, TX 75201

Telephone: (214) 969-4299

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

OCT 03 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED OCT 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

* airBand Communications, Inc., a Delware Corporation, airBand Communications Holdings, Inc., a Delaware Corporation, and airBand Communications Equipment, LLP