UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

VERTICAL REAL ESTATE, INC., Civil No. 01-804 DWF/AJB

Plaintiff,

v. NOTICE OF HEARING

AIRBAND COMMUNICATIONS, INC., a Delaware Corporation, AIRBAND COMMUNICATIONS HOLDINGS, INC., a Delaware Corporation, and AIRBAND COMMUNICATIONS EQUIPMENT, LLP,

Defendants.

---

You are hereby given notice that Defendant's Motion to Dismiss will be held on December 11, 2001, at 2:30 p.m., in Courtroom 628(A) of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge. The hearing was previously scheduled for December 4, 2001.

Dated: 12/3/01

Arthur J. Boylan
United States Magistrate Judge

Filed DEC 0 3 2001
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______