421504

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-804 DWF/AJB Case Title: Vertical Real Estate, Inc. v. airBand Communications, Inc., et al.

Affidavit of Movant

I, Rachna B. Sullivan ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Amy W. Schulman , an attorney admitted to practice in the Southern District of New York ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant airBand Communications, Inc .in the case listed above. I am aware that the local rules of this court require that participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 272565 MN Attorney License # | 1/14/02 Date

Affidavit of Proposed Admittee

I, Amy W. Schulman , am currently a member in good standing of the U.S. District Court for the Southern District of New York , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Amy W. Schulman Type/Print Name | [signature] Signature | Jan. 8, 2002 Date

Attorney License Number: AWS 3417

Law Firm Name & Address: PIPER MARBURY RUDNICK & WOLFE LLP
1251 Avenue of the Americas, New York, New York 10020

Telephone: (212) 835-6000

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

JAN 16 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED JAN 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK