**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Vertical Real Estate, Inc.,

Plaintiff,

v.

airBand Communications, Inc., a Delaware corporation, airBand Communications Holdings, Inc., a Delaware Corporation, and airBand Communications Equipment, LLP,

Defendants.

Civil No. 01-804 (DWF/AJB)

**ORDER**

---

Robert L. Meller, Jr., Esq., Robert D. Maher, Esq., and Cynthia L. Hegarty, Esq., Best & Flanagan, 4000 First Bank Place, 601 Second Avenue South, Minneapolis, MN 55402, counsel for Plaintiff.

Patrick J. Rooney, Esq., John J. Wackman, Esq., and Rachna B. Sullivan, Esq., Rider Bennett Egan & Arundel, 2000 Metro Center, 333 South Seventh Street, Minneapolis, MN 55402; Christopher M. Strongosky, Esq., Amy W. Schulman, Esq., Piper Marbury Rudnick & Wolfe, 1251 Avenue of the Americas, New York, NY 10020, counsel for Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan, dated January 4, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT**:

1. Defendants' motion (Doc. No. 5) is **DENIED**.

Dated: January 18, 2002

DONOVAN W. FRANK
Judge of United States District Court

FILED JAN 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK