**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

VERTICAL REAL ESTATE, INC., Civil No. 01-804 (DWF/AJB)

Plaintiff,

v. **ORDER OF DISMISSAL**

AIRBAND COMMUNICATIONS, INC.
a Delaware Corporation, AIRBAND
COMMUNICATIONS HOLDINGS, INC.,
a Delaware Corporation, AIRBAND
COMMUNICATIONS EQUIPMENT, LLP,

Defendants.

---

Robert Meller, Jr., Esq., Robert Maher, Esq., and Cynthia Hegarty Esq., Best & Flanagan, 4000 First Bank Place, 601 2nd Avenue South, Minneapolis, MN 55402, counsel for Plaintiff.

Patrick Rooney, Esq., and Rachna Sullivan, Esq., Rider Bennett Egan & Arundel, 2000 Metro Center, 333 South 7th Street, Minneapolis, MN 55402; Christopher Strongosky, Esq., and Amy Schulman, Esq., Piper Rudnick, 1251 Avenue of the Americas, New York, NY 10020, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 30, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed APR 30 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________